**Enrique Garcia MONTANO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72185.

United States Court of Appeals, Ninth Circuit.

Oct. 11, 2006.*

Filed Oct. 17, 2006.

Enrique Garcia Montano, Los Angeles, CA, pro se.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, John C. Cunningham, Esq., Shelley R. Goad, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioner has not demonstrated that the Board of Immigration Appeals ("BIA") abused its discretion in denying petitioner's motion to reopen. *See Membreno v. Gonzales,* 425 F.3d 1227, 1229 (9th Cir. 2005) (stating that court reviews the BIA's denial of a motion to reopen for an abuse of discretion). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.